Opinion filed September 17, 2009 












 
 
  
 
 







 
 
  
 
 




Opinion filed September 17, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00207-CV

                                                    __________

 

                        STEPHEN AND
VERONICA BRADY, Appellants

 

                                                             V.

 

                                       CAROLYN BRADY, Appellee

 



 

                                  On
Appeal from the County Court at Law No. 1

 

                                                      McLennan County, Texas

 

                                            Trial
Court Cause No. 20090535CV1

 



 

                                              M E M O R A N D U M   O P I N I O N

The
clerk=s record was filed in this court on July
21, 2009.  It does not contain a final,
appealable order.  In response to our
inquiry, the clerk of the trial court advised this court in writing that a Awrit of possession@ was signed on June 16, 2009, that there
were no copies of contests concerning appellants=
affidavit of inability to pay costs on appeal, that there had been no ruling on
the motion to withdraw the writ of possession, and that there had been no
subsequent documents filed relating to the attempted appeal.








On
August 7, 2009, the clerk of this court wrote the parties advising them that a
final, appealable order did not appear to have been entered and directing
appellants to respond in writing on or before August 24, 2009, showing grounds
for continuing the appeal.  There has
been no response to our letter of August 7.

Therefore,
the appeal is dismissed for want of jurisdiction.

 

PER
CURIAM

 

September 17, 2009

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.